## BYRON v. UNITED STATES.
### No. 2965.

Circuit Court of Appeals, Fourth Circuit.
July 16, 1930.

J. Raymond Gordon, of Charleston, W. Va., for appellant.

Ellis A. Yost, Asst. U. S. Atty. of Huntington, W. Va. (James Damron, U. S. Atty., of Huntington, W. Va., on the brief), for appellee.

Before PARKER and NORTHCOTT, Circuit Judges, and GRONER, District Judge.

### PER CURIAM.

We do not think that the transaction involved in this case amounted to a transportation of intoxicating liquor within the meaning and intent of the National Prohibition Act (27 USCA). Hill v. State, 96 Tex. Cr. R. 165, 256 S. W. 921; Warren v. State, 94 Tex. Cr. R. 243, 250 S. W. 429; Locke v. City of Ft. Smith, 155 Ark. 158, 244 S. W. 11; 33 C. J. 582; Thorpe on Prohibition

218. There was error, therefore, in the charge of the learned trial judge, and the defendant is entitled to a new trial.

Reversed.